UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LAMAR BROWN                             :

      Plaintiff                        :        CIVIL ACTION NO. 3:19-0374

      v.                                       :              (JUDGE MANNION)

COURTNEY BARRONER, et al.,   :

      Defendants                    :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. 13) is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. Defendants' motion (Doc. 13) is **DENIED** with respect to Plaintiff's Eighth Amendment deliberate indifference claim against Defendant Baronner.

   b. Defendants' motion (Doc. 13) is **GRANTED** with respect to Plaintiff's Eighth Amendment deliberate indifference claims against all remaining Defendants. The Clerk of Court is directed to defer the entry of judgment in favor of all remaining defendants until the conclusion of the above captioned action.

2. The above-captioned case is **REFERRED** to the Court's Prisoner Litigation Settlement Program.

3. Joseph Barrett, Esq., the ADR Coordinator for the Middle District of Pennsylvania is **APPOINTED** to serve as mediator.

4. All settlement discussions are confidential and may not be utilized by any party if settlement is not reached.

5. In order to reduce cost, time, expense, inconvenience, and to suitably address institutional security concerns, counsel for the Defendants and the mediator will coordinate with officials for the Pennsylvania Department of Corrections to schedule video-conference mediation sessions with Plaintiff at mutually convenient times, and in a manner that comports with the needs and concerns of prison officials.

6. The parties shall complete mediation within sixty (60) days of the date of this Order.

7. The parties and the mediator shall promptly notify the Court in writing if this case is resolved through mediation.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 28, 2022**
19-0374-01-ORDER